IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FAVIAN BUSBY
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

MEMPHIS POLICE
DEPARTMENT ORGANIZED
CRIME UNIT
(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED 19 FEB 22 AM 9:47
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit

    Plaintiffs: _____
             _____

    Defendants: _____
             _____

    2. Court (if federal court, name the district; if state court, name the county):
       _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:_____
    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
       _____

    6. Approximate date of filing lawsuit:_____

    7. Approximate date of disposition:_____

Revised 4/18/08

II. Place of Present Confinement: Shelby County Criminal Justice Center 201 Poplar Ave Memphis TN 38103

A. Is there a prisoner grievance procedure in the institution?

Yes ( )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )   No (✓)

C. If your answer is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is No, explain why not: Because this incident is pertaining to the Memphis Police department Organized Crime Unit

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Fabian Busby

Address  201 Poplar Ave Memphis TN 38103

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant  Memphis Police Department  is employed as  Police Officer and/or Detective  at  Memphis Police Department Organized Crime Unit

C. Additional Defendants:  Organized Crime Unit

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On September 1 2018 at the Super 8 motel at 340 West Illinois Ave Memphis TN 38105 The Memphis Police Department Organized Crime Unit Officer chased me around the corner of the second floor of the Super 8 motel. As I was running the Officer was behind me and pushed me from the second floor, causing my left femur and hip to be crushed and broken in other areas.

Revised 4/18/08

V.  Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am requesting punitive damages and reprimand and judicial punishment for the officers actions and behavior. Also pain and suffering, mental anguish causing great depression and normal functionality as a human being due to severe injury.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __17__ day of __February__, 20__19__.

_____
(Signature of Plaintiff/Plaintiffs)